UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Case No. 4:18-cr-00260 |
| Plaintiff, : | ORDER |
| v. : | |
| CEDIS R. MARTIN ET AL., : | |
| Defendant. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On March 18, 2022, Defendant Cedis R. Martin filed a motion for compassionate release.[1]  On March 21, 2022, the Court appointed Counsel David L. Doughten for Defendant Murray.

The Court **ORDERS** Counsel to file a supplement to Defendant's compassionate release motion, or notice of intent not to supplement Defendant's motion, within 28 days of this Order.  If more time is required, Counsel may request an appropriate extension.

IT IS SO ORDERED.

Dated: April 29, 2022       *s/     James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 193.